USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WINTERS,

                Plaintiff,

-against-

K. SMALLS, WARDEN OF A.M.K.C.; CAPT. BARNABY; DEPTY; COOK; C.O. GUAMAN,

                Defendants.

19-CV-7272 (VSB)

ORDER OF SERVICE

VERNON S. BRODERICK, United States District Judge:

      Plaintiff, currently incarcerated at Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated August 5, 2013, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[1]

      The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants A.M.K.C. Warden Smalls, Capt. Barnaby, Depty. Cook, and C.O. Guaman waive service of summons.

      Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package

SO ORDERED.

Dated: November 20, 2019
         New York, New York

Vernon S. Broderick
United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.