```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
   JASON WINTERS,                           :
                                            :
                       Plaintiff,           :
                                            :
          -against-                         :      19-CV-7272 (VSB)
                                            :
   WARDEN K. SMALLS, et al.,                :         ORDER
                                            :
                       Defendants.          :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2020

VERNON S. BRODERICK, United States District Judge:

On May 10, 2020, I filed a Notice of Initial Pretrial Conference directing the parties to file a joint letter and proposed case management plan and scheduling order in this case. (Doc. 18). The parties have since filed separate letter on May 28, 2020, (Doc. 19), and June 24, 2020 (Doc. 20). The parties have not filed a proposed case management plan and scheduling order. Accordingly it is:

ORDERED that the parties are to confer and file a proposed case management plan and scheduling order within 45 days of this Order.

The Clerk's Office is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.

SO ORDERED.

Dated:  July 2, 2020
        New York, New York

_____
Vernon S. Broderick
United States District Judge