```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
JASON WINTERS,                                           :
                                                         :
                              Plaintiff,                 :
                                                         :      19-CV-7272 (VSB)
              - against -                                :
                                                         :         **ORDER**
                                                         :
WARDEN K. SMALLS, et al.,                                :
                                                         :
                              Defendants.                :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge:</u>

      The post-discovery conference scheduled in this case for April 2, 2021 at 11:00 a.m. is adjourned to May 27, 2021 at 11:00 a.m., and will be held by telephone. Individuals wishing to join the conference should use the dial in 1-888-363-4749, and access code 2682448. Accordingly, it is hereby:

      ORDERED that the Warden or other official in charge of the George R. Vierno Center produce Jason Winters, B&C No. 3101900023, on Thursday, May 27, 2021, no later than 10:55 a.m., to a suitable location within the George R. Vierno Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing BroderickNYSDChambers@nysd.uscourts.gov.

      Defense counsel is directed to send this Order to the Warden immediately to ensure that the Warden has notice of the conference.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2021

The Clerk of Court is respectfully directed to mail a copy of this Order to Pro Se Plaintiff.

SO ORDERED.

Dated:   March 31, 2021
         New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge