```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
JASON WINTERS,                                        :
                                                      :
                              Plaintiff,              :
                                                      :                19-CV-7272 (VSB)
              - against -                             :
                                                      :                     **ORDER**
                                                      :
WARDEN K. SMALLS, et al.,                             :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

The post-discovery conference scheduled in this case for May 27, 2021 at 11:00 a.m. is adjourned to July 29, 2021 at 2:00 p.m., and will be held by telephone. Individuals wishing to join the conference should use the dial in 1-888-363-4749, and access code 2682448. Accordingly, it is hereby:

ORDERED that the Warden or other official in charge of the Anna M. Kross Center ("AMKC") produce Jason Winters, B&C No. 3101900023, on Thursday, July 29, 2021, no later than 1:55 p.m., to a suitable location within the AMKC that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing BroderickNYSDChambers@nysd.uscourts.gov.

Defense counsel is directed to send this Order to the Warden immediately to ensure that the Warden has notice of the conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Pro Se Plaintiff.

SO ORDERED.

Dated: May 14, 2021
New York, New York

Vernon S. Broderick
United States District Judge