```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JASON WINTERS,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :         19-cv-7272 (VSB)
               -against-                                   :
                                                           :              ORDER
WARDEN K. SMALLS, et al.,                                  :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On August 24, 2021, the conference scheduled for August 30, 2021 was adjourned because Plaintiff's whereabouts were unknown. Defendants represented to the Court that Plaintiff had been released from custody on August 23, 2021, with no forwarding address. (Doc. 56). The Court directed Plaintiff to provide the Pro Se Office with his new address as soon as possible, and the Court directed the Defendants to continue trying to locate Plaintiff and serve Plaintiff with a copy of the Court's order. (Doc. 57). As of yet, it appears that Plaintiff has not been located. Accordingly, it is hereby:

ORDERED that Plaintiff is directed to provide the Pro Se Office with his new address as soon as possible so that this case can continue to move forward. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that the Defendants continue trying to locate Plaintiff, and if Defendants do so, they are directed to serve Plaintiff with a copy of this new order. The Defendants are further directed to submit a letter, by December 1, 2021, updating the Court on

their efforts to locate Plaintiff.  The letter should explain, among other things, whether

Defendants have made any outreach to the NYS Division of Parole regarding Plaintiff's location.

SO ORDERED.

Dated: November 18, 2021
      New York, New York

                                           Vernon S. Broderick
                                           United States District Judge